IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
   v.                       )        2:20cr30-MHT
                            )            (WO)
DOMINICK ANTONIO BLOUNT     )
```

MENTAL-HEALTH ORDER

In accordance with the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for a mental-health evaluation of defendant Dominick Antonio Blount, which should: (a) identify and recommend appropriate treatment for any mental illnesses, substance-abuse disorders, or issues adjusting from the prison environment back into society; and (b) expressly address and recommend appropriate treatment for his abuse of alcohol and its underlying causes, including potential depression and

trauma, as well as his difficulty with anger management and use of guns and other weapons to resolve interpersonal conflicts.

(2) Arrange for defendant Blount to receive mental-health treatment, which shall include counseling at least twice per month, to address the issues described above. The court recommends cognitive behavioral therapy (CBT) as a potential course of treatment.

(3) File a report of the evaluation under seal with the court within 28 days of the beginning of supervision.

DONE, this the 14th day of October, 2020.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE